DAVID B. BARLOW, United States Attorney (#13117)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT
2014 FEB 11 ⌐ 2: 09
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| vs. | Case No. 2:04-CR-00743 TC |
| PAUL DOUGLAS PACE, | JUDGE TENA CAMPBELL |
| Defendant. | |

On February 7, 2014, a hearing on defendant's objection to the magistrate judge's report and recommendation was heard before this Court. After hearing argument from parties, the Court HEREBY DENIES defendant's motion and objections for the reasons set forth during the hearing.

DATED this __7__ of February, 2014.

BY THE COURT:

_____
JUDGE TENA CAMPBELL
United States District Court